FILED
SCRANTON
MAY 5 - 2014

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL SANTOS, | : | |
| | : | |
| Petitioner | : | CIVIL NO. 3:13-CV-2971 |
| | : | |
| v. | : | (JUDGE NEALON) |
| | : | (MAGISTRATE JUDGE BLEWITT) |
| MONICA RECTENWALD, WARDEN, | : | |
| | : | |
| Respondent | : | |

## ORDER

**NOW**, THIS 5th DAY OF MAY, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 5), is **ADOPTED**;

2. The petition for a writ of habeas corpus, (Doc. 1), is **DISMISSED** for lack of jurisdiction;

3. Petitioner's objections to the R&R, (Doc. 6), are **OVERRULED**;

4. The Clerk of Court shall **CLOSE** this case; and

5. There is no basis for the issuance of a certificate of appealability.

_____
**United States District Judge**